ORIGINAL
SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. |
|---|---|
| v. | 3-23CR0216-N |
| BRIAN DIXON MORMON II | |

### INDICTMENT

The United States Grand Jury charges:

#### Count One
Aiming a Laser Pointer at an Aircraft
[Violation of 18 U.S.C. § 39A]

On or about April 9, 2023, in the Northern District of Texas, the defendant, **Brian Dixon Mormon II**, did knowingly aim the beam of a laser pointer at an aircraft, to-wit: a Texas Department of Public Safety helicopter, in the special aircraft jurisdiction of the United States of America.

All in violation of 18 U.S.C. § 39A.

A TRUE BILL

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
JOHN J. DE LA GARZA III
Assistant United States Attorney
Texas Bar No. 00796455
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214.659.8600; Fax: 214.659.8803; Email: john.delagarza@usdoj.gov

Indictment – Solo Page

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BRIAN DIXON MORMON II

SEALED INDICTMENT

18 U.S.C. § 39A
Aiming a Laser Pointer at an Aircraft
(Count 1)

1 Count

A true bill rendered

DALLAS                                              FOREPERSON

Filed in open court this 23 day of May, 2023.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending